**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    JAMES ERNEST ROJO,                          No. C 12-2518 SI (pr)

9              Plaintiff,                        **ORDER EXTENDING DEADLINES**

10        v.

11   DARRIN BRIGHT; et al.,

12             Defendants.

13   _____/

14

15         Defendants filed an *ex parte* request for a 60-day extension of time to file a dispositive

16   motion.  Upon due consideration of the request and the accompanying declaration of attorney

17   Erin Ganahl, the court GRANTS the request.  (Docket # 15.)  The court now sets the following

18   new briefing schedule for dispositive motions:

19         1.     Defendants must file and serve their dispositive motion no later than

20   **February 8, 2013**.

21         2.     Plaintiff must file and serve on defense counsel his opposition to the

22   dispositive motion no later than **March 8, 2013**.

23         3.     Defendants must file and serve any reply brief no later than **March 22,**

24   **2013**.

25         IT IS SO ORDERED.

26   Dated: December 20, 2012                    _____

27                                               SUSAN ILLSTON
                                                 United States District Judge
28