UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERNEST ROJO, | No. C 12-2518 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| DARRIN BRIGHT; et al., | |
| Defendants. | |
| _____/ | |

Defendants filed an *ex parte* request for a 60-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Erin Ganahl, the court GRANTS the request. (Docket # 15.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendants must file and serve their dispositive motion no later than **February 8, 2013**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 8, 2013**.

3. Defendants must file and serve any reply brief no later than **March 22, 2013**.

IT IS SO ORDERED.

Dated: December 20, 2012

_____
SUSAN ILLSTON
United States District Judge