UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERNEST ROJO, | No. C 12-2518 SI (pr) |
| Plaintiff, | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL; GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; AND VACATING BRIEFING SCHEDULE** |
| v. | |
| DARRIN BRIGHT; et al., | |
| Defendants. | |

Plaintiff has requested that counsel be appointed to assist him in this action. A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915(e)(1). Here, exceptional circumstances requiring the appointment of counsel are not evident. The request for appointment of counsel is DENIED. (Docket # 19.)

In the same document, plaintiff has requested an extension of time to file an amended complaint. The request is GRANTED. (Docket # 19.) Plaintiff must file and serve his proposed amended complaint by **March 29, 2013.** Defendants must file and serve any opposition to the proposed amended complaint no later than **April 26, 2013**. Plaintiff must file and serve his reply, if any, no later than **May 10, 2013**.

In light of plaintiff's expressed desire to amend his complaint, the briefing schedule for dispositive motions is VACATED. The court will set a new briefing schedule after the amendment is resolved, so that all claims may be resolved at the same time.

IT IS SO ORDERED.

Dated: February 4, 2013

_____
SUSAN ILLSTON
United States District Judge