**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERNEST ROJO,<br><br>        Plaintiff,<br><br>   v.<br><br>DARRIN BRIGHT; et al.,<br><br>        Defendants.<br>_____/ | No. C 12-2518 SI (pr)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |

In a motion filed on January 14, 2013, plaintiff indicated a desire to file an amended complaint and requested an extension of time to file an amended complaint. In an order filed February 4, 2013, the court set a deadline of March 29, 2013 for plaintiff to file and serve his proposed amended complaint. The deadline has long passed and plaintiff did not file an amended complaint. Plaintiff recently sent to the court a letter in which he stated that he was having problems obtaining his property at the R. J. Donovan facility, but failed to explain why he was unable to prepare his amended complaint in the 3+ months since he first informed the court that he wanted to file an amended complaint. Therefore, the action will go forward with only the medical care claims in the original complaint.

The recent letter from plaintiff indicated that he wanted to assert claims about incidents at the R. J. Donovan facility that are separate from the medical care claims alleged in the complaint in this action. If plaintiff wants to complaint about the conditions of confinement at the R. J. Donovan facility, he should file a new action in the U.S. District Court for the Southern District of California because that facility is located in that district.

In order to move this action toward resolution, the court now sets the following briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **June 14, 2013**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **July 12, 2013**. Defendants must file and serve their reply brief (if any) no later than **July 26, 2013**.

IT IS SO ORDERED.

Dated: April 30, 2013

_____
SUSAN ILLSTON
United States District Judge

2