UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ROJO,

    Plaintiff,

v.

DARRIN BRIGHT, et al.,

    Defendants.

Case No. 12-cv-02518-VC (PR)

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Re: Dkt. No. 41

Plaintiff James E. Rojo moves for the appointment of counsel because the legal issues are complex and he is unable to adequately investigate or present the factual issues regarding his claims.

"[I]t is well-established that there is generally no constitutional right to counsel in civil cases." *United States v. Sardone*, 94 F.3d 1233, 1236 (9th Cir. 1996). Nonetheless, under 28 U.S.C. § 1915(e)(1), the Court has the discretion to appoint counsel to "any person unable to afford counsel." The discretionary appointment of counsel typically is reserved for cases involving "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits and the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved.' Neither of these factors is dispositive and both must be viewed together before reaching a decision." *Id.* Here, exceptional circumstances requiring the appointment of counsel are not evident. The request for appointment of counsel is DENIED. If, in the future, the Court concludes it is necessary to appoint counsel to represent Plaintiff, it shall do so *sua sponte*.

1
2     This Order terminates Docket No. 41.
3
4     **IT IS SO ORDERED.**
5
6  Dated:   May 29, 2014
7                                              _____
8                                              VINCE CHHABRIA
                                               United States District Judge

<div style="float:left">United States District Court<br>Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROJO,<br><br>    Plaintiff,<br><br>  v.<br><br>DARRIN BRIGHT, ET AL.,<br><br>    Defendant. | Case No.  12-CV-02518-VC (PR)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 5/29/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**James E. Rojo**
J-53355
480 Alta Road, D20-134
San Diego, CA 92179


Dated: 5/29/2014

                                                  Richard W. Wieking
                                                Clerk, United States District Court

                                                By:_____
                                                Kristen Melen, Deputy Clerk to the
                                                Honorable VINCE CHHABRIA