IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ERNEST ROJO,** | Case No. C 12-2518 VC (PR) |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **DARRIN BRIGHT, et al.,** | |
| Defendants. | |

Defendant D. Bright moved this Court for a forty-five day extension of time to file a motion for summary judgment, up to and including October 9, 2014. After full consideration, and good cause appearing, Defendant's motion is GRANTED.

Plaintiff's opposition shall be filed with the Court and served upon Defendant no later than twenty-eight days from the date Defendant files and serves his motion for summary judgment. Defendant must file a reply brief no later than fourteen days after the date Plaintiff files and serves his opposition. Absent further order, the motion will be deemed submitted on the date the reply is filed, without a hearing. This is the oldest prisoner case on the Court's docket. Therefore, the Court does not anticipate granting further extensions to Defendant.

Dated:  August 18, 2014

_____
The Honorable Vince Chhabria
United States District Judge

1