IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ERNEST ROJO,** | Case No. C 12-2518 VC (PR) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **DARRIN BRIGHT, et al.,** | |
| Defendants. | |

    Defendants D. Bright and M. Spearman moved this Court for a sixty-day extension of time to file a dispositive motion, through March 9, 2015.  After full consideration, and good cause appearing, Defendants' motion is GRANTED.

    Plaintiff's opposition to the motion shall be filed with the Court and served upon Defendants no later than twenty-eight days from the date Defendants file and serve their dispositive motion.  Defendants must file and serve a reply brief no later than fourteen days after the date that Plaintiff files and serves an opposition to the dispositive motion.  Absent further order, the motion will be deemed submitted on the date the reply is filed, without a hearing.

    IT IS SO ORDERED.

Dated: January 14, 2015



_____
The Honorable Vince Chhabria

1