UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ROJO,

    Plaintiff,

v.

DARREN BRIGHT, et al.,

    Defendants.

Case No. 12-cv-02518-VC

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(E)**

Re: Dkt. No. 83

Plaintiff James E. Rojo, a state prisoner, filed a *pro se* civil rights complaint. On July 29, 2015, the Court issued an order granting the defendants' motion for dismissal and for summary judgment and entered judgment in favor of the defendants. On August 14, 2015, Rojo filed a motion to alter or amend the judgment under Rule 59(e) of the Federal Rules of Civil Procedure.

"Under Rule 59(e), it is appropriate to alter or amend a judgment if '(1) the district court is presented with newly discovered evidence, (2) the district court committed clear error or made an initial decision that was manifestly unjust, or (3) there is an intervening change in controlling law.'" *United Nat. Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009). A motion under Rule 59(e) is not a vehicle permitting the unsuccessful party to repeat arguments previously presented, or to present "contentions which might have been raised prior to the challenged judgment." *Costello v. United States*, 765 F. Supp. 1003, 1009 (C.D. Cal. 1991).

In his motion, Rojo merely repeats arguments made in his opposition to the defendants' motion. He raises no new facts or issues of law. This is insufficient for relief under Rule 59(e).

Accordingly, the motion to alter or amend the judgment is denied.

**IT IS SO ORDERED**.

Dated: August 25, 2015

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROJO,<br><br>    Plaintiff,<br><br>    v.<br><br>DARREN BRIGHT, et al.,<br><br>    Defendants. | Case No. 12-cv-02518-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Rojo ID: J-53355
D20-134
480 Alta Road
San Diego, CA 92179


Dated: August 25, 2015

                                              Richard W. Wieking
                                              Clerk, United States District Court


By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2